**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ALLISON YOUNG,

                                        Plaintiff,

        -against-

NYU LANGONE HEALTH SYSTEM, d/b/a
NYU Langone Health,

                                        Defendant.

Civil Action No.: 25-cv-03475 (JMA)(JMW)

## RULE 7.1 STATEMENT DISCLOSURE STATEMENT

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant NYU Langone Hospitals, sued incorrectly herein as NYU Langone Health System, d/b/a NYU Langone Health ("Defendant"), hereby represents that Defendant does not have any parent corporation and that no public corporations owns 10% or more of its stock.

Dated:  August 7, 2025
        Melville, New York

                                        Respectfully submitted,

                                        JACKSON LEWIS P.C.
                                        *ATTORNEYS FOR DEFENDANT*
                                        58 South Service Road, Suite 250
                                        Melville, New York 11747
                                        (631) 247-0404

                                        By:   *s/ Noel P. Tripp*
                                              Noel P. Tripp, Esq.
                                              Kathryn J. Barry, Esq.

4921-3575-4838, v. 1